CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Alemu et al.,
    Plaintiff(s)

Civil Action No. 17-1904

vs.

Department of Fore Hire Vehicles et al.,
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Nicholas Kipa, hereby state that:

On the 2nd day of October, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Jeffrey Schaffer, (AKA Jerry Schaeffer), 3399 Benning Rd. NE, Washington, D.C. 20019

I have received the receipt for the certified mail, No. 70161970000001655060 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 3rd day of October, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

10/6/2017
(Date)

_Nicholas Kipa_
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey Schaeffer
   (A.K.A. Jerry Schaeffer)
   3399 Benning Road NE
   Washington, D.C. 20019

   9590 9402 2773 6351 5373 26

2. Article Number (Transfer from service label)

   7016 1970 0000 0165 5060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ■ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20020
OFFICIAL USE

Certified Mail Fee: $ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $2.75
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $0.00

Postage: $
Total Postage and Fees: $12.75

Postmark Here: 10/02/2017

Tracking #: 7016 1970 0000 0165 5060
0233 11

Sent To: Jeffrey Schaeffer, (A.K.A. Jerry Schaeffer)
Street and Apt. No., or PO Box No.: 3399 Benning Rd. NE
City, State, ZIP+4: Washington, D.C. 20019

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161970000001655060

> Delivered

**On Time**
**Expected Delivery on:** Tuesday, October 3, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included
Restrictions Apply ⓘ

See tracking for related item: 9590940227736351537326
(/go/TrackConfirmAction?tLabels=9590940227736351537326)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 3, 2017, 12:30 pm | **Delivered, Left with Individual** | WASHINGTON, DC 20019 |

Your item was delivered to an individual at the address at 12:30 pm on October 3, 2017 in WASHINGTON, DC 20019.

| | | |
|---|---|---|
| October 3, 2017, 8:02 am | Out for Delivery | WASHINGTON, DC 20019 |
| October 3, 2017, 7:52 am | Sorting Complete | WASHINGTON, DC 20019 |
| October 3, 2017, 7:36 am | Arrived at Unit | WASHINGTON, DC 20019 |

See More ⌄

## Available Actions

Text & Email Updates ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)