# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 18-7145**                                                  September Term, 2019

1:17-cv-01904-RC

Filed On: January 8, 2020 [1823181]

Misganaw Alemu, et al.,

    Appellees

Gashaw Birbo,

    Appellant

    v.

Department of for Hire Vehicles, formerly
known as DC Taxicab Commission, et al.,

    Appellees

## M A N D A T E

In accordance with the order of November 27, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

Link to the order filed November 27, 2019